**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF WYOMING

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **M&S Oilfield Service, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-4219003** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **10100 Poison Spider Road**<br>**Casper, WY 82604**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Natrona**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **M&S Oilfield Service, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__4842__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Debtor   **M&S Oilfield Service, LLC**
Name                                                                    Case number (*if known*) _____

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When | _____ Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

| Debtor | **M&S Oilfield Service, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **M&S Oilfield Service, LLC**                                                    Case number (*if known*) _____
_____
Name

| | |
|---|---|
| ▉ | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 10, 2024**
                      MM / DD / YYYY

X **/s/ Floyd L. Sorensen**                               **Floyd L. Sorensen**
_____        _____
Signature of authorized representative of debtor       Printed name

Title    **Owner**
_____

**18. Signature of attorney**

X **/s/ Stephen R. Winship**                    Date    **June 10, 2024**
_____                _____
Signature of attorney for debtor                              MM / DD / YYYY

**Stephen R. Winship 5-2093**
_____
Printed name

**Winship & Winship, PC**
_____
Firm name

**145 South Durbin Street, Suite 201**
**Casper, WY 82601**
_____
Number, Street, City, State & ZIP Code

Contact phone    **307-234-8991**         Email address    **steve@winshipandwinship.com**
_____                                   _____

**5-2093 WY**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **M&S Oilfield Service, LLC**

United States Bankruptcy Court for the:    DISTRICT OF WYOMING

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■  *Schedule H: Codebtors* (Official Form 206H)

■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule*

■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 10, 2024**          X */s/ Floyd L. Sorensen*
_____              _____
                                       Signature of individual signing on behalf of debtor

                                       **Floyd L. Sorensen**
                                       _____
                                       Printed name

                                       **Owner**
                                       _____
                                       Position or relationship to debtor

Official Form 202                 **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **M&S Oilfield Service, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF WYOMING** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ally Financial Attn: Bankruptcy Dept Po Box 380902 Bloomington, MN 55438** | | **2022 Ford F-350 (D6) VIN#1FD8X3BT7N EG37108** | | **$69,741.56** | **$45,000.00** | **$24,741.56** |
| **First Citizens Bank 21148 Networkd Plance Chicago, IL 60673-1211** | | **Great Plain 15' 3PT Native Grass Drill (083-0012115-000)** | | **$26,390.50** | **$20,000.00** | **$6,390.50** |
| **First Citizens Bank & Trust 21146 Network Place Chicago, IL 60673-1211** | | **2014 Peerless Flatbed Trailer VIN#53UH0272XE LD20837 2014 Scona Flatbed Trailer VIN#2E9M20B24E 3003932<br><br>(083-0010427-000)** | | **$57,772.46** | **$20,000.00** | **$37,772.46** |
| **First Citizens Bank & Trust 21146 Network Place Chicago, IL 60673-1211** | | **2015 John Deer Swather (083-0010890-000) VIN#1E0160AXCE F410016** | | **$64,009.54** | **$45,000.00** | **$19,009.54** |
| **PACCAR Financial Corp Dept 1166 PO Box 121166 Dallas, TX 75312-1166** | | **2020 PTRB Truck/Tractor (DT2) VIN#1NPXP4EX9L D684771** | | **$76,318.50** | **$75,000.00** | **$1,318.50** |
| **Trans Lease PO Box 172686 Denver, CO 80217-2686** | | **2019 Peterbilt 389 (DT1) VIN#1NPXP4EX3K D260002** | | **$130,393.15** | **$75,000.00** | **$55,393.15** |

Debtor  **M&S Oilfield Service, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Trans Lease PO Box 172686 Denver, CO 80217-2686** | | **2020 InTech Trailer (TR3) VIN#7H0GG3633L N003802** | | **$32,741.52** | **$30,000.00** | **$2,741.52** |

**Fill in this information to identify the case:**

Debtor name    **M&S Oilfield Service, LLC**

United States Bankruptcy Court for the:    DISTRICT OF WYOMING

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                12/15

---

| Part 1: | Summary of Assets |
|---------|-------------------|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $    **728,650.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $    **728,650.00**

---

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    **484,827.22**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$    **0.00**

4. **Total liabilities** ..........................................................................................
    Lines 2 + 3a + 3b      $    **484,827.22**

**Fill in this information to identify the case:**

Debtor name   **M&S Oilfield Service, LLC**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$0.00** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Western Vista FCU** | **Checking** | **2944** | **$0.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.   **$0.00**

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

Debtor     **M&S Oilfield Service, LLC**                                    Case number *(If known)* _____
_____
Name

| | 11a. 90 days old or less: | **46,550.00** | - | **0.00** | = .... | **$46,550.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                              **$46,550.00**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity: | % of ownership | | |
| 15.1. | **M&S Trucking Inc.** | **100** % | **N/A** | **$0.00** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | | |

17. **Total of Part 4.**                                                              **$0.00**
   Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Desk** | **$1,000.00** | **Liquidation** | **$1,000.00** |

Debtor   **M&S Oilfield Service, LLC**                                    Case number *(If known)* _____
     Name

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**
    **Computer $1000; Printer $100**                    **$1,100.00**    **Liquidation**                    **$1,100.00**

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                                    **$2,100.00**
    Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2022 Ford F-350 (D6)** <br> **VIN#1FD8X3BT7NEG37108** | **$45,000.00** | **Liquidation** | **$45,000.00** |
| 47.2.  **2019 Ford F-150 Truck (D2)** <br> **VIN#1FTEW1E47KFC86502** | **$30,000.00** | **Liquidation** | **$30,000.00** |
| 47.3.  **2022 Ford F-250 (D5)** <br> **VIN#IFT8W2BT8NEF91693** | **$60,000.00** | **Liquidation** | **$60,000.00** |
| 47.4.  **2021 Ford F-350 (D3)** <br> **VIN#1FT8W3BT8MED25319** | **$50,000.00** | **Liquidation** | **$50,000.00** |
| 47.5.  **2022 Ford F-350 (D4)** <br> **VIN#1FT8W3DT8NEC48465** | **$60,000.00** | **Liquidation** | **$60,000.00** |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm**

Debtor   **M&S Oilfield Service, LLC**                                    Case number *(If known)* _____
          Name

| machinery and equipment) **Great Plain 15' 3PT Native Grass Drill (083-0012115-000)** | $20,000.00 | Liquidation | $20,000.00 |
|---|---|---|---|
| **2015 John Deer Swather (083-0010890-000) VIN#1E0160AXCEF410016** | $45,000.00 | Liquidation | $45,000.00 |
| **2014 Peerless Flatbed Trailer VIN#53UH0272XELD20837 2014 Scona Flatbed Trailer VIN#2E9M20B24E3003932** **(083-0010427-000)** | $20,000.00 | Liquidation | $20,000.00 |
| **2020 PTRB Truck/Tractor (DT2) VIN#1NPXP4EX9LD684771** | $75,000.00 | Liquidation | $75,000.00 |
| **2019 Peterbilt 389 (DT1) VIN#1NPXP4EX3KD260002** | $75,000.00 | Liquidation | $75,000.00 |
| **2020 InTech Trailer (TR3) VIN#7H0GG3633LN003802** | $30,000.00 | Liquidation | $30,000.00 |
| **2021 Scong LB65-24 Dehon 289 (LB1) VIN#2PLG0613XMBH21136** | $100,000.00 | Liquidation | $100,000.00 |
| **2021 Scong (TR4) VIN#2PLL05945MBC21133** | $70,000.00 | Liquidation | $70,000.00 |

51.   **Total of Part 8.**                                                                    $680,000.00

      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

      ■ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

      ■ No
      ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

Debtor   **M&S Oilfield Service, LLC**
Name

Case number *(If known)*

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor   **M&S Oilfield Service, LLC**                                Case number *(if known)* _____
     Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $46,550.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,100.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $680,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $728,650.00 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $728,650.00 |

**Fill in this information to identify the case:**

Debtor name   **M&S Oilfield Service, LLC**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ally Financial** | | |
|---|---|---|---|

Creditor's Name

**Attn: Bankruptcy Dept
Po Box 380902
Bloomington, MN 55438**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2022 Ford F-350 (D6)
VIN#1FD8X3BT7NEG37108**

| $69,741.56 | $45,000.00 |
|---|---|

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
1155**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **First Citizens Bank** | | |
|---|---|---|---|

Creditor's Name

**21148 Networkd Plance
Chicago, IL 60673-1211**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Great Plain 15' 3PT Native Grass Drill
(083-0012115-000)**

| $26,390.50 | $20,000.00 |
|---|---|

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
3668**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Debtor    **M&S Oilfield Service, LLC**                                  Case number (if known) _____
      Name

■ No
☐ Contingent
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.
☐ Unliquidated
☐ Disputed

---

| 2.3 | **First Citizens Bank & Trust** | Describe debtor's property that is subject to a lien | $64,009.54 | $45,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 John Deer Swather (083-0010890-000)
VIN#1E0160AXCEF410016**

**21146 Network Place
Chicago, IL 60673-1211**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
3668**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent

■ No
☐ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Disputed

---

| 2.4 | **First Citizens Bank & Trust** | Describe debtor's property that is subject to a lien | $57,772.46 | $20,000.00 |
|---|---|---|---|---|

Creditor's Name

**2014 Peerless Flatbed Trailer
VIN#53UH0272XELD20837
2014 Scona Flatbed Trailer
VIN#2E9M20B24E3003932**

**21146 Network Place
Chicago, IL 60673-1211**

**(083-0010427-000)**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
3668**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an
interest in the same property?**

☐ Contingent

■ No
☐ Unliquidated

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Disputed

---

| 2.5 | **Ford Motor Credit Corporation** | Describe debtor's property that is subject to a lien | $27,459.99 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**2019 Ford F-150 Truck (D2)
VIN#1FTEW1E47KFC86502**

**PO Box 650574
Dallas, TX 75265-0574**

Creditor's mailing address

Describe the lien

Debtor   **M&S Oilfield Service, LLC**
Name

Case number (if known)

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2351**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **PACCAR Financial Corp** | Describe debtor's property that is subject to a lien | $76,318.50 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**Dept 1166**
**PO Box 121166**
**Dallas, TX 75312-1166**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7353**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2020 PTRB Truck/Tractor (DT2)**
**VIN#1NPXP4EX9LD684771**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Trans Lease** | Describe debtor's property that is subject to a lien | $130,393.15 | $75,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 172686**
**Denver, CO 80217-2686**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**0011**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2019 Peterbilt 389 (DT1)**
**VIN#1NPXP4EX3KD260002**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | **M&S Oilfield Service, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **Trans Lease** | Describe debtor's property that is subject to a lien | $32,741.52 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**2020 InTech Trailer (TR3)**
**VIN#7H0GG3633LN003802**

**PO Box 172686**
**Denver, CO 80217-2686**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0009**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $484,827.22 |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **PACCAR Financial Corp**<br>**777 106th Ave NE**<br>**Bellevue, WA 98004-5027** | Line   **2.6** | |

**Fill in this information to identify the case:**

Debtor name   **M&S Oilfield Service, LLC**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)   _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:   List All Creditors with PRIORITY Unsecured Claims**

  1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

  ■ No. Go to Part 2.

  ☐ Yes. Go to line 2.

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

  3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
      out and attach the Additional Page of Part 2.

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
|---|---|---|
| | | ☐ Contingent |
| | | ☐ Unliquidated |
| | **Date or dates debt was incurred** ____ | ☐ Disputed |
| | **Last 4 digits of account number** ____ | **Basis for the claim:** _____ |
| | | Is the claim subject to offset?  ☐ No  ☐ Yes |

**Part 3:   List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

**Fill in this information to identify the case:**

Debtor name   **M&S Oilfield Service, LLC**

United States Bankruptcy Court for the:   DISTRICT OF WYOMING

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name     **M&S Oilfield Service, LLC**

United States Bankruptcy Court for the:     DISTRICT OF WYOMING

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Floyd Sorensen** | **10100 Poison Spider Road Casper, WY 82604** | **PACCAR Financial Corp** | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Floyd Sorensen** | | **Trans Lease** | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Floyd Sorensen** | | **Trans Lease** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

**United States Bankruptcy Court**
**District of Wyoming**

In re   **M&S Oilfield Service, LLC**                                                   Case No. _____

                                                    Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Owner of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **June 10, 2024**                              **/s/ Floyd L. Sorensen**
_____                    _____
                                                    **Floyd L. Sorensen**/**Owner**
                                                    Signer/Title

Ally Financial
Attn: Bankruptcy Dept
Po Box 380902
Bloomington, MN 55438


First Citizens Bank
21148 Networkd Plance
Chicago, IL 60673-1211


First Citizens Bank & Trust
21146 Network Place
Chicago, IL 60673-1211


Floyd Sorensen
10100 Poison Spider Road
Casper, WY 82604


Ford Motor Credit Corporation
 PO Box 650574
Dallas, TX 75265-0574


PACCAR Financial Corp
Dept 1166
PO Box 121166
Dallas, TX 75312-1166


PACCAR Financial Corp
777 106th Ave NE
Bellevue, WA 98004-5027


Trans Lease
PO Box 172686
Denver, CO 80217-2686

# United States Bankruptcy Court
### District of Wyoming

In re   **M&S Oilfield Service, LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **M&S Oilfield Service, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 10, 2024**

Date

**/s/ Stephen R. Winship**

**Stephen R. Winship 5-2093**

Signature of Attorney or Litigant

Counsel for   **M&S Oilfield Service, LLC**

**Winship & Winship, PC**
**145 South Durbin Street, Suite 201**
**Casper, WY 82601**
**307-234-8991 Fax:307-234-1116**
**steve@winshipandwinship.com**

**United States Bankruptcy Court**
**District of Wyoming**

In re   **M&S Oilfield Service, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Floyd Sorensen**, declare under penalty of perjury that I am the **Owner** of **M&S Oilfield Service, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the _6_ day of _Jan_ _____, 20**24**.

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Floyd Sorensen, Owner** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the LLC; and

Be It Further Resolved, that **Floyd Sorensen, Owner** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Floyd Sorensen, Owner** of this LLC is authorized and directed to employ **Stephen R. Winship 5-2093**, attorney and the law firm of **Winship & Winship, PC** to represent the LLC in such bankruptcy case."

Date _6/5/24_ _____   Signed _____
                                         **Floyd Sorensen**

Resolution of Board of Directors
of
**M&S Oilfield Service, LLC**

Whereas, it is in the best interest of this LLC to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Floyd Sorensen, Owner** of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Floyd Sorensen, Owner** of this LLC is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case, and

Be It Further Resolved, that **Floyd Sorensen, Owner** of this LLC is authorized and directed to employ **Stephen R. Winship 5-2093**, attorney and the law firm of **Winship & Winship, PC** to represent the LLC in such bankruptcy case.

Date 6/5/24                                  Signed _____

Date _____            Signed _____

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Wyoming

In re   **M&S Oilfield Service, LLC** _____   Case No. _____
                                    Debtor(s)                    Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ........................................   $   400.00/hour

    Prior to the filing of this statement I have received ........................   $   18,972.50

    Balance Due ...........................................................................   $          0.00

2.  The source of the compensation paid to me was:

    ■ Debtor        □ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **The compensation agreed to be paid by Debtor to the undersigned is $400.00 per hour plus expenses.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Preparation of Tax Returns, Initial Report and Monthly Operating Reports to Trustee.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

6-10-24
_____
Date

_____
Stephen R. Winship 5-2093
*Signature of Attorney*
**Winship & Winship, PC**
**145 South Durbin Street, Suite 201**
**Casper, WY 82601**
**307-234-8991   Fax: 307-234-1116**
**steve@winshipandwinship.com**
*Name of law firm*